

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-82,209-01

**EX PARTE DENISE KAY CROUCH, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 08-06-9897-CR
### IN THE 38TH JUDICIAL DISTRICT COURT FROM MEDINA COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and was sentenced to life imprisonment.

On November 5, 2014, this Court remanded this application to the trial court for findings of fact and conclusions of law. On November 30, 2015, after a live hearing, the trial court signed findings of fact and conclusions of law that were based on the record and the testimony at the writ hearing. The trial court recommended that relief be denied.

This Court does not adopt the trial court's conclusions of law that "the expert witness was given access to all the material in possession of Delk for purposes of providing potential beneficial evidence for the applicant" and "at the time of pre-trial negotiations up until the time the applicant changed her plea there did not exist a viable insanity defense." Based on the trial court's other findings of fact and conclusions of law, as well as this Court's independent review of the entire record, we deny relief.

Filed: January 27, 2016
Do not publish